IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ED HARTMAN, a sole proprietorship doing business as OLYMPIC MARIMBA RECORDS, ED HARTMAN PERCUSSION STUDIO and THE DRUM EXCHANGE; JANET HODGIN and MICHAEL HODGIN, a partnership doing business as KIDS NORTHWEST; and MICHAEL A. SPAFFORD, a sole proprietorship doing business as "SPIKE" MAFFORD PHOTOGRAPHY, individually and on behalf of a class of Washington residents similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST BUSINESS COMMUNICATIONS, LLC, a Pennsylvania corporation, COMCAST CORPORATION, a Pennsylvania corporation and its subsidiaries and affiliates, MARKETOUCH MEDIA, INC., a Texas corporation,<br><br>Defendants. | NO. C10-00413 RSL<br><br>**ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT, NOTICE TO CLASS MEMBERS, AND SCHEDULING FINAL APPROVAL HEARING**<br><br>**(Clerk's Action Required)** |

ORDER PRELIMINARILY APPROVING CLASS ACTION
SETTLEMENT, NOTICE TO CLASS MEMBERS, AND
SCHEDULING FINAL APPROVAL HEARING - 1
CASE NO. C10-00413 RSL

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

This matter came before the Court on the basis of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Notice to Class Members, and Scheduling a Final Approval Hearing has come before this Court (the "Motion for Preliminary Approval"). Plaintiffs and defendants Comcast Business Communications, LLC and Comcast Corporation ("Comcast") have agreed, subject to final approval by this Court following notice to the Settlement Class, to settle this action upon the terms and conditions set forth in the Release and Settlement Agreement (the "Settlement Agreement") dated July 21, 2011 (Docket **# 76**). The Court has reviewed the Settlement Agreement (including all exhibits attached thereto), the Motion for Preliminary Approval, as well as all files, records, and proceedings to date in this matter, and the Court hereby orders as follows:

1. Except as specifically noted below, the Court for purposes of this Order Preliminarily Approving Class Action Settlement, Notice to Class Members, and Scheduling a Final Approval Hearing (the "Preliminary Approval Order") adopts the definitions set forth in the Settlement Agreement, unless otherwise defined herein.

2. Neither this Preliminary Approval Order, nor the Settlement Agreement, nor any of the terms or provisions thereto, nor any of the negotiations or proceedings connected with any of them, shall be referred to, offered as evidence, or received in any pending or future civil, criminal or administrative action or proceeding, except in a proceeding to enforce the terms of the Settlement Agreement.

3. <u>Certification of Settlement Class</u>. Pursuant to the Settlement Agreement and for purposes of this settlement only, the Court certifies the following Settlement Class pursuant to Fed. R. Civ. P. 23(b)(3):

> All Washington businesses, including businesses operated out of residences, who received one or more commercial solicitations from Comcast directly or through its agents through the use of an automatic dialing and announcing device during the period of February 19, 2006, through the entry of the Preliminary Approval Order.
ORDER PRELIMINARILY APPROVING CLASS ACTION
SETTLEMENT, NOTICE TO CLASS MEMBERS, AND
SCHEDULING FINAL APPROVAL HEARING - 2
CASE NO. C10-00413 RSL

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

This certification is effective and binding only with respect to proceedings related to or encompassed by the Settlement Agreement. If the Settlement Agreement terminates for any reason, this certification shall be vacated by its terms and the Action shall revert to the status with respect to class certification that existed before execution of the Settlement Agreement. In such event, Comcast's stipulation to this Settlement Class in conjunction with the Settlement Agreement shall not be construed as or raise any presumption of or inference of a concession or admission as to the propriety of certification of this class or any other.

The Court hereby finds and concludes, for settlement purposes of this settlement only, that the proposed Settlement Class satisfies all of the requirements for certification under Rule 23.

4. <u>Appointment of Class Representatives and Class Counsel</u>. Solely for purposes of effectuating the proposed Settlement Agreement, the Court finds the proposed class representatives, Plaintiffs above, to have claims typical of absent class members belonging to the Class and to be adequate representatives of those Class Members ("Class Representatives"). The Court hereby appoints Plaintiffs to serve as the Class Representatives. The Court further finds the firms of Williamson & Williams, Terrell Marshall Daudt & Willie PLLC, and Gallagher Law Offices, PS to have experience and expertise in prosecuting class actions such as this Action and hereby appoints this firm as Class Counsel.

5. <u>Preliminary Approval of Proposed Settlement</u>. The Court has reviewed the terms of the Settlement Agreement, as well as the papers submitted in connection with the Motion for Preliminary Approval, and all other relevant files, records and papers in this action. The proposed Settlement Agreement provides substantial monetary relief to the Settlement Class. The terms of the Settlement Agreement will be implemented by an independent Claims Administrator. The Court further concludes that the proposed Settlement Agreement is the result of extensive, arm's-length negotiations between Plaintiffs and Comcast and was executed after Class Counsel had investigated the claims and evaluated the strengths and weaknesses of

ORDER PRELIMINARILY APPROVING CLASS ACTION
SETTLEMENT, NOTICE TO CLASS MEMBERS, AND
SCHEDULING FINAL APPROVAL HEARING - 3
CASE NO. C10-00413 RSL

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

the Plaintiffs' claims. Based on all of these factors, the Court concludes that the proposed settlement has no obvious defects and is within the range of possible settlement approval, and that the Class Notice proposed herein is appropriate, and the Court hereby preliminarily approves the Settlement Agreement as fair, reasonable and adequate.

6. <u>Approval of Class Notice and Notice Plan</u>**.** The Parties have submitted for this Court's approval a proposed form of Class Notice, a postcard, and proposed to send by mail the Class Notice to all Class Members. The Court finds and concludes that the form of the Class Notice and its direct mailing constitute the best practicable notice under the circumstances and is as likely as any other form of notice to apprise Class Members of the Settlement Agreement, the certification of the Settlement Class for purposes of settlement, and Class Members' rights to opt-out, object, and/or make a claim. The Court further finds and concludes that Class Notice, and the agreement to mail it to Class Members is reasonable, that it constitutes due, adequate and sufficient notice to all Class Members entitled to receive notice, and that it meets the requirements of due process, satisfying Fed. R. Civ. Proc. 23 and the Washington State and United States Constitutions.

Within fourteen (14) days after the entry of this Preliminary Approval Order, or as soon as reasonably practicable thereafter, the Parties shall cause the Class Notice, in substantially the same form as Exhibit B of the Settlement Agreement, to be mailed by the Claims Administrator by first-class mail, postage prepaid, as required by Settlement Agreement. Commencing with the mailing of the Class Notice, electronic copies of the Notice, Settlement Agreement, Claim Form, and relevant deadlines for Class Members shall be made available online at a website maintained by the Claims Administrator.

7. <u>Petition for Fee Award/Incentive Award</u>**.** No later than fifty four (54) days after date of entry of this Preliminary Approval Order, Class Counsel and Plaintiffs shall file their petition for a fee award and incentive award and cause a copy of the papers filed in support of the petition to be made available on the website maintained by the Claims Administrator.

ORDER PRELIMINARILY APPROVING CLASS ACTION
SETTLEMENT, NOTICE TO CLASS MEMBERS, AND
SCHEDULING FINAL APPROVAL HEARING - 4
CASE NO. C10-00413 RSL

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

8. <u>Deadline for Submitting Claim Forms</u>. All Class Members who do not timely exclude themselves from the proposed Settlement Agreement will be bound by the Settlement Agreement. Class Members who do not exclude themselves may submit a Claim Form in accordance with the terms of the Settlement Agreement. The Claim Form must be fully completed, signed under penalty of perjury and submitted in accordance with the terms of the Settlement Agreement within the sixty (60) day period commencing with the Class Notice Date for a Class Member to be considered by the Claims Administrator for approval to receive any Settlement Award.

9. <u>Final Approval Hearing</u>. The Court hereby schedules a final approval hearing on December 1, 2011, at 8:30 a.m., at the U.S. District Court for the Western District of Washington, 700 Stewart Street, Courtroom 15106, Seattle, Washington, 98101 ("Final Approval Hearing") at which time the Court will determine whether the Settlement Agreement is fair, reasonable and adequate and should be finally approved. At that time, the Court will determine whether to grant any incentive award or fee award requested by the Class Representatives or Class Counsel. The Final Approval Hearing may be postponed, adjourned, or continued by order of the Court without further notice to the Settlement Class. At or after the Final Approval Hearing, the Court may enter a Final Judgment, substantially in the form of Exhibit C to the Settlement Agreement, that will adjudicate the rights of the Class Members.

10. <u>Papers in Support of Settlement</u>. The Parties to the Settlement Agreement may file any responses to objections by Class Members, if any, and additional papers in support of final approval of the proposed settlement no later than ten (10) calendar days prior to the Fairness Hearing.

11. <u>Right to Exclude</u>. Any Class Member may choose to be excluded from the Class by signing and returning a request for exclusion postmarked no later than October 28, 2011, as set forth more fully in the Class Notice and Paragraph 9 of the Settlement Agreement. Any Class Member who submits a valid request for exclusion shall have no rights under the

ORDER PRELIMINARILY APPROVING CLASS ACTION
SETTLEMENT, NOTICE TO CLASS MEMBERS, AND
SCHEDULING FINAL APPROVAL HEARING - 5
CASE NO. C10-00413 RSL

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

Settlement Agreement.  All Class Members who do not request exclusion shall be bound by this Court's orders, including without limitation any Final Approval Order or Final Judgment entered in this Action.

12. <u>Objections and Appearances</u>.  Any Class Member may object to the fairness, reasonableness or adequacy of the Settlement Agreement or the petition for the fee award and incentive award.  Class Members may do so either on their own or through counsel hired at their own expense.  Any Class Member who wishes to object to the Settlement Agreement or petition for the fee award and incentive award must file with the Court a written statement of objection, along with any other supporting materials, papers or briefs that he or she wishes the Court to consider, no later than sixty (60) days after notice is mailed and must by that same date serve such papers by first-class mail on the following counsel for the Parties:

> Roblin Williamson, Esq.
> WILLIAMSON & WILLIAMS LLP
> 17253 Agate St. NE
> Bainbridge Island, Washington  98110
>
> Peter S. Ehrlichman, Esq.
> DORSEY & WHITNEY LLP
> 701 Fifth Avenue, Suite 6100
> Seattle, Washington  98101-7043

Any Class Member who has served an objection may appear at the Final Approval Hearing, either in person or through counsel hired at the Class Member's expense, and object to the fairness, reasonableness or adequacy of the Settlement Agreement.  Any Class Member who wishes to be heard at the Final Approval Hearing must also file with the Court a written notice of intent to appear by no later than sixty (60) days after notice is mailed, and must by that same date serve such notice of intent to appear on the counsel for the Parties at the addresses listed above.  The Parties shall file any responses to Class Members' objections, if any, no later than November 8, 2011.

13. <u>Effect of Failure to Approve the Settlement Agreement</u>.  In the event the Court or any other court:  (a) disapproves, sets aside, or modifies the Settlement Agreement, (b)

ORDER PRELIMINARILY APPROVING CLASS ACTION
SETTLEMENT, NOTICE TO CLASS MEMBERS, AND
SCHEDULING FINAL APPROVAL HEARING - 6
CASE NO. C10-00413 RSL

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

declines for any reason to enter or give effect to an order preliminarily approving the Settlement Agreement, (c) declines for any reason to enter or give effect to a final order approving the Settlement Agreement and entering final judgment; or (d) holds that any final order approving the Settlement Agreement and entering judgment, or any judgment entered pursuant thereto, should in any material part be overturned or modified in any material way, then the Parties shall use their best efforts to effectively repair deficiencies in order to obtain Court approval, provided that such best efforts shall not be deemed to require Comcast to pay any additional sums than is provided herein, or receive any less percentage of funds retained as provided in Paragraph 4 herein. In the event such efforts are unsuccessful, and after the passage of sixty (60) days from the date of the Court's actions outlined in Paragraph 13 (a)-(d) herein, then the Settlement Agreement shall become null and void, the Action shall be deemed to revert to its status as of the date and time immediately prior to the execution of the Settlement Agreement, and the parties shall jointly move that any and all orders entered pursuant to the Settlement Agreement be vacated and shall proceed with the Action as if the Settlement Agreement had never been executed; provided, however, that in the event that the parties, within fifteen (15) days of any such action of any court, jointly elect to appeal from or otherwise seek review or reconsideration of such court action, the Settlement Agreement shall not be deemed null and void until such time as such court action becomes final after any proceedings arising directly or indirectly from the parties' appeal(s) or other attempt(s) to have such court action reversed, withdrawn, or overturned.

14. <u>Stay of Proceedings</u>. All discovery and other pretrial proceedings between Plaintiffs and Comcast in this action are hereby stayed and suspended until further order of the Court, except such actions as may be necessary to implement the Settlement Agreement and this Preliminary Approval Order.

ORDER PRELIMINARILY APPROVING CLASS ACTION
SETTLEMENT, NOTICE TO CLASS MEMBERS, AND
SCHEDULING FINAL APPROVAL HEARING - 7
CASE NO. C10-00413 RSL

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

15. Defendant Comcast is further directed to file a statement by August 19, 2011, indicating that notice to the appropriate government officials has been provided as required by the Class Action Fairness Act, 28 U.S.C. § 1715(b).

IT IS SO ORDERED.

Dated this 29th day of July, 2011.

*[signature]*
The Honorable Robert S. Lasnik
United States District Judge

ORDER PRELIMINARILY APPROVING CLASS ACTION
SETTLEMENT, NOTICE TO CLASS MEMBERS, AND
SCHEDULING FINAL APPROVAL HEARING - 8
CASE NO. C10-00413 RSL

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com